**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JEFFREY THOMAS ROTTMAN, | ) | |
| | ) | Case No.  4:16-cv-00078 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| I.C. SYSTEM INC., | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, JEFFREY THOMAS ROTTMAN, by and through his attorney, and hereby notifies the Court that the parties have reached a settlement to the above-captioned matter. Plaintiff anticipates that he will be able submit a Notice of Dismissal with Prejudice within the next 45 days. The parties respectfully request the Court remove this matter from its active docket and grant the parties until April 3, 2016 to file a formal Stipulation of Dismissal.

        RESPECTFULLY SUBMITTED,

        JEFFREY THOMAS ROTTMAN

        By:   /s/ Christopher M. Migliaccio
                Attorney for Plaintiff

Christopher M. Migliaccio
Texas Attorney No. 24053059
Allen Chern Law, LLC
3600 Shire Boulevard
Suite 205
Dallas, Texas 75082
Phone: (972) 205-9750
christopher@wmtxlaw.com

## **CERTIFICATE OF SERVICE**

I, Christopher M. Migliaccio, hereby certify that, on February 18, 2016, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and to the below listed party via electronic mail.

/s/ Christopher M. Migliaccio
Attorney for Plaintiff

Michelle Kreidler Dove, Esq.
General Counsel and Chief Compliance Officer
I.C. System, Inc.
444 Highway 96 E.
St. Paul, MN 55127
*MDove@icsyste.com*