# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JEFFREY THOMAS ROTTMAN, ) | |
| ) | Case No.  4:16-cv-00078 |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF DISMISSAL** |
| ) | |
| I.C. SYSTEM INC., ) | |
| ) | |
| Defendant. ) | |

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case be dismissed without prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation

Respectfully submitted,

Dated this 12th day of April, 2016

/s/ Christopher M. Migliaccio
Christopher M. Migliaccio
Allen Chern Law, LLC
3600 Shire Boulevard
Suite 205
Dallas, Texas 75082

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Christopher M. Migliaccio, hereby certify that, on April 12, 2016, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by electronic mail to the below listed party via electronic mail.

>Michelle Kreidler Dove, Esq.
>General Counsel and Chief Compliance Officer
>I.C. System, Inc.
>444 Highway 96 E.
>St. Paul, MN 55127
>*MDove@icsyste.com*

>>/s/ Christopher M. Migliaccio
>>Attorney for Plaintiff