\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JEFFREY THOMAS ROTTMAN | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION No. 4:16-cv-78 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| I.C. SYSTEM, INC. | § | BRC |
| | § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL

On April 12, 2015, the parties jointly submitted a Notice of Dismissal to the Court. Accordingly, the instant matter is dismissed without prejudice, and the parties will bear their respective costs, including attorney fees and other litigation expenses.

**So ordered and signed on**
Apr 16, 2016

_____
Ron Clark, United States District Judge